ORDERED.

Dated:  April 21, 2021

_Caryl E. Delano_
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
www.flmb.uscourts.gov

In re:

Gregory Brian Myers,                                   Case No.: 2:21-bk-00123-FMD
                                                                         Chapter 13
     Debtor.
_____/

**CONSENT ORDER ON MOTION TO CONFIRM**
**THAT THE AUTOMATIC STAY DOES NOT APPLY, AND IN THE**
**ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY [DOC. 40]**

**THIS CASE** came on for hearing on April 21, 2021 on the *Motion to Confirm that the Automatic Stay Does Not Apply, and in the Alternative, for Relief from the Automatic Stay* filed by The St. Joe Company and Watercolor Development, LLC (the "Motion") (Doc. No. 40). For the reasons stated in open Court and with the Debtor's consent, it is

**ORDERED:**

1. Because the Debtor is the plaintiff in the case of *Gregory B. Myers v. Walton County,* Case No. 2017-CA-000172, pending in the First Circuit Court in and for Walton County, Florida (the "Walton County Action"), the automatic stay of 11 U.S.C. §362 does not apply to and does not stay the Walton County Action or any appeal related thereto.

2. To the extent the automatic stay were to be applicable in this case, the Court grants The St. Joe Company and Watercolor Development, LLC's relief from stay in this case and, under

11 U.S.C. § 105(a), the Court grants prospective *in rem* relief as to any future bankruptcy case by Debtor or any other plaintiff in the Walton County Action, and any related appeals.

Attorney Luis E. Orengo, Jr., Esq., is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.