ORDERED.

Dated:  May 14, 2021

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
www.flmb.uscourts.gov

In re:

Gregory Brian Myers,

    Debtor.                                                                Case No.: 2:21-bk-00123-FMD
_____/

**CONSENT ORDER ON TRUIST BANK, SUCCESSOR BY MERGER TO SUNTRUST BANK'S VERIFIED MOTION FOR RELIEF FROM AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT OF FORECLOSURE BASED ON BAD FAITH AND REQUEST FOR FIVE YEAR INJUNCTION AGAINST REFILING AND FIVE YEARS OF PROSPECTIVE STAY RELIEF AS TO REAL PROPERTY [DOC. 46]**

**THIS CAUSE** came before the Court on April 21, 2021, upon the *Motion for Relief from Automatic Stay to Enforce Final Judgment of Foreclosure Based on Bad Faith and Request for Five Year Injunction Against Refiling and Five Years of Prospective Stay Relief as to Real Property* filed by Truist Bank, successor by merger to SunTrust Bank (the "Secured Creditor") (Doc. No. 46) (the "Motion"), noting the agreement between the parties, and being otherwise duly advised in the premises, it is

    **ORDERED**:

1. The Motion is granted in part and denied in part.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest vel non in the real property located at XXX Wakula Lane, Seaside, Florida 32459 (the "Real Property"), legally described as:

   **Lot 13, SEASIDE 15, according to the Plat thereof as recorded in Plat Book 15, Page 38, of the Public Records of Walton County, Florida.**

3. This Order shall be binding in any other case filed by Debtor Gregory B. Myers or non-debtor Barbara Ann Kelly aka Barbara Ann Kelly-Myers, purporting to affect the Real Property as described above for two years after the date of entry of this Order.

4. Nothing in this Order shall be deemed to give Secured Creditor, its successors and/or assigns, any greater legal rights than those conferred upon a creditor under applicable non-bankruptcy law.

5. Attorney's fees and costs of up to $631.00 are hereby awarded for prosecution of the Motion.

6. Any and all other relief requested in the Motion is denied.

By signing below, the parties, by and through themselves or their undersigned counsel, stipulate and agree to the entry of this Consent Order by the court.

Dated this  14 th day of May, 2021.

| | |
|---|---|
| _/s/ Undine C. George_ | _/s/  Neisi Garcia Ramirez_ |
| UNDINE C. GEORGE, ESQ. | NEISI GARCIA RAMIREZ, ESQ. |
| ANASTASIA LAW, P.L. | Attorney for Secured Creditor |
| FL Bar No. 0016872 | FL Bar No. 91430 |
| Attorney for Debtors |  McCalla Raymer Leibert Pierce, LLC |
| 107 A 11th Street | 110 S.E. 6th Street, Suite 2400 |
| St. Augustine, FL 32080 | Fort Lauderdale, FL 33301 |
| Email: undine@anastasialaw.net | Email: Neisi.GarciaRamirez@mccalla.com |

Attorney Neisi Garcia Ramirez is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.