## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:

Gregory Brian Myers

    Debtor

_____/

Chapter 13
Case Number 21-00123-CED
Honorable Caryl E. Delano

## **OBJECTIONS TO CONFIRMATION**

NOW COMES Creditor, Select Portfolio Servicing, Inc., by and through its attorneys, Orlans PC, and hereby Objects to Confirmation as follows:

1. Secured Creditor holds a first lien on real property owned by Debtor(s) which is located at 4505 Wetherill Road, Bethesda, MD 20816, by virtue of a Mortgage which is recorded in Book 34124 Page 515 of the Public Records of Montgomery County, Florida (the "Mortgage").

2. The Mortgage is materially in default.

3. The Debtor's Chapter 13 Plan fails to treat Creditor's claim. Creditor, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA4 must receive the regular monthly mortgage payment of $9,832.20 plus at least $29,589.94 a month on the pre-petition arrearage.

4. That Debtor's Chapter 13 Plan appears underfunded and infeasible to pay the post-petition monthly mortgage payments and cure the pre-petition arrearage timely.

WHEREFORE, Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA4 by and through its attorneys prays that Confirmation be denied, and the case be dismissed.

Date: June 24, 2021
Respectfully Submitted,

 /s/ Jessica R. Morris, Esquire
Jessica R. Morris, Esq. 88785
Orlans PC
Attorneys for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2007-OA4
23123 State Road 7
Suite 350B
Boca Raton, FL 33428
(561) 576-6893
Email: jmorris@orlans.com
File Number: 21-002938